UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL L. DIXON

CIVIL ACTION

VERSUS

NUMBER 07-643-FJP-SCR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that under sentence four of 42 U.S.C. § 405(g), the final decision of Michael J. Astrue, the Commissioner of Social Security, denying the plaintiff's application for disability and supplemental security income benefits shall be reversed, and this case shall be remanded to the Commissioner. Plaintiff's claims for benefits should be remanded for the Commissioner to make a clear finding regarding the plaintiff's educational level, and to obtain any vocational or other evidence necessary to determine whether the plaintiff is disabled within the meaning of the Social Security Act.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45451